**Constance BASLER, Respondent,**

v.

**The FAMILY CENTER OF FARMINGTON,
Appellant,**

and

**Division of Employment Security,
Respondent.**

**No. ED 101930**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: March 10, 2015

Vonnedele L. Karraker, P.O. Box 454, Farmington, MO 63640, for appellant.

Constance Basler, Pro Se, 13489 Schweiss Drive, Ste. Genevieve, MO 63670, Division of Employment Security, Ninion S. Riley, P.O. Box 3100, Jefferson City, MO 65102, for respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

**ORDER**

PER CURIAM.

Family Center of Farmington, Inc. ("Employer") appeals from the decision of the Labor and Industrial Relations Com-

mission ("the Commission") granting Constance Basler's ("Employee") petition for unemployment benefits. Employer argues the Commission erred in awarding unemployment benefits to Employee because Employee possessed a culpable mental state to commit misconduct.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).